COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00425-CV |
| Style: | Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi |
| Date motion filed[*]: | August 6, 2019 |
| Type of motion: | Notice of Nonrepresentation & Motion to Withdraw as Counsel |
| Party filing motion: | Appellee Lubna Aziz Safi's Counsel, Mary Khano Foteh |
| Document to be filed: | N/A |

Is appeal accelerated?        No.

Ordered that motion is:
- ☑ Granted
     If document is to be filed, document due:  N/A
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

The notice of nonrepresentation/motion to withdraw as counsel for appellee, filed by Mary Khano Foteh, is **granted** because it complies with Rules 6.4 and 6.5(a) and the Clerk of this Court already granted the extension of time to file appellee's brief until September 11, 2019.  *See* TEX. R. APP. P. 6.4, 6.5(a).  Accordingly, the Clerk of this Court is directed to remove Mary Khano Foteh as counsel for appellee.  The Court orders Mary Khano Foteh to notify the pro se appellee of this Order and her September 11, 2019 appellee's brief deadline and to file a copy of that notice within 10 days of this Order.  *See* TEX. R. APP. P. 6.5(c).

Judge's signature: ___/s/ Evelyn V. Keyes_____
                    ☑Acting individually        ☐ Acting for the Court

Date:  __August 20, 2019__

November 7, 2008 Revision